**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RUSSELL BOURRIENNE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-07295 |
| v. | ) ) | Judge Robert M. Dow, Jr. |
| JOHN P. CALAMOS, SR., Trustee of the Calamos Convertible Opportunities and Income Fund, et al., | ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) ) ) | |

**DEFENDANTS' JOINT STATUS REPORT REGARDING
*BROWN v. CALAMOS, ET AL.*, NO. 10-cv-6558**

Defendants Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers and David D. Tripple, by their attorneys, and defendants John P. Calamos, Sr., Calamos Advisors LLC and Calamos Asset Management, Inc., by their attorneys, respectfully submit this report to advise the Court of the status of *Brown v. Calamos, et al.*, No. 10-cv-6558 (N.D. Ill.). District Judge Elaine E. Bucklo's March 14, 2011 decision in *Brown* (holding that action barred by SLUSA, denying plaintiff Brown's motion to remand, and granting the *Brown* defendants' motion to dismiss pursuant to SLUSA) was the subject of this Court's Order of March 18, 2011, granting leave to the defendants in this action ("Defendants") to submit Judge Bucklo's decision as additional authority in support of Defendants' pending Joint Motion to Dismiss Plaintiff Bourrienne's Complaint.  On April 4, 2011, the undersigned Defendants received notice of the filing by plaintiff Brown of a Notice of Appeal from the final judgment entered in *Brown* on March 14, 2011, which subsequently was docketed in the United States Court of Appeals for the Seventh Circuit on April 5, 2011, as Appeal No. 11-1758.

Dated:    April 7, 2011

Respectfully submitted,

Weston W. Marsh, Joe F. Hanauer, John E. Neal, William R. Rybak, Stephen B. Timbers, and David D. Tripple

John W. Rotunno
Paul J. Walsen
Molly K. McGinley
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121
Facsimile: 312.345.9060

By: _____/s/  John W. Rotunno_____
        One of their attorneys

Defendants John P. Calamos, Sr., Calamos Advisors LLC, and Calamos Asset Management, Inc.

By: _____/s/  Christian J. Mixter_____
        One of their attorneys

Christian J. Mixter (*pro hac vice*)
Patrick D. Conner (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: 202.739.3000
Facsimile: 202.739.3001

Kevin B. Dreher
Michael F. Derksen
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601-5094
Telephone: 312.324.1000
Facsimile: 312.324.1001

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that he caused the foregoing *Defendants' Joint Status Report Regarding Brown v. Calamos, et al.*, *No. 10-cv-6558*, to be served automatically via CM/ECF upon the following counsel of record:

Leigh Lasky
Norman Rifkind
Amelia S. Newton
Heidi E. VonderHeide
LASKY & RIFKIND, LTD.
350 North LaSalle Street, Suite 1320
Chicago, Illinois 60654

Marvin L. Frank
Benjamin D. Bianco
Gregory A. Frank
MURRAY, FRANK & SALIER LLP
275 Madison Avenue, Suite 801
New York, New York 10016


_____/s/  John W. Rotunno_____
John W. Rotunno