AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Russell Bourrienne           **JUDGMENT IN A CIVIL CASE**

      v.           Case Number: 10 C 7295

John P. Calamos, Sr., et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion to dismiss [28] is granted.  Judgment is entered for Defendants John P. Calamos, Sr., et al and against Plaintiff Russell Bourrienne.

                                                                     Michael W. Dobbins, Clerk of Court

Date: 8/4/2011                                     _____
                                                               /s/ Theresa B. Kinney, Deputy Clerk